UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 01-10751-RGS |
| v. | : | |
| STEVIN R. HOOVER, HOOVER CAPITAL MANAGEMENT, INC., and CHESTNUT MANAGEMENT LLC, | : | |
| Defendants. | : | |

## ORDER TO DISCHARGE RECEIVER

This Court, having reviewed the Plaintiff's Motion to Discharge Receiver filed by the United States Securities and Exchange Commission ("Commission"), and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Receiver in this matter is hereby discharged.

**SO ORDERED.**

Dated: 6-22-15

THE HONORABLE RICHARD G. STEARNS
United States District Judge

5